389 A.2d 1203

**Appeal of Eugene ORTENZI.**

**Appeal of Sally RICKER.**

Superior Court of Pennsylvania.

Submitted June 13, 1977.

Decided July 12, 1978.

William Fetterhoff, Assistant Public Defender, and Joshua D. Lock, Public Defender, Harrisburg, for appellants.

Smith Barton Gephart, Harrisburg, for appellees.

Before WATKINS, President Judge, and JACOBS, HOFFMAN, CERCONE, PRICE, VAN der VOORT and SPAETH, JJ.

PER CURIAM:

The six Judges who decided this appeal being equally divided, the orders are affirmed.

JACOBS, President Judge, and HOFFMAN and SPAETH, JJ., dissent and would reverse.

WATKINS, former President Judge, did not participate in the consideration or decision of this case.